# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| TINA BAUM, | |
| Plaintiff, | 2:14-cv-01660-JCM-VCF |
| vs. | **ORDER** |
| EQUIFAX INFORMATION SERVICES LLC, | |
| Defendant. | |

Before the court is the Stipulation to Extend the Discovery and Case Management Deadlines by 120 days (#10).

IT IS HEREBY ORDERED that a hearing on the Stipulation to Extend the Discovery and Case Management Deadlines by 120 days (#10) is scheduled for 1:00 p.m., April 2, 2015, in courtroom 3D.

DATED this 20th day of March, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE